stantial error in this record and the judgment of the trial court will be affirmed.

*Affirmed.*

---

## Charles Pauly and Edward C. Pauly, Appellees, v. County of Madison, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Madison county; the Hon. LOUIS BERNREUTER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 5, 1918.

### Statement of the Case.

Action by Charles Pauly and Edward C. Pauly, plaintiffs, against County of Madison, defendant, to recover for services rendered as architects in the preparation of plans and specifications for a courthouse. From a judgment for plaintiffs for $5,062.50, defendant appeals. The facts involved are stated in the abstract of the opinion on a former appeal, reported in 199 Ill. App. 225, which decision also disposes of the questions raised on this appeal.

J. F. EECK, for appellant.

D. H. MUDGE, for appellees.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 75*—*when recovery for services on common counts proper.* Where full performance of a contract of employment is prevented by one of the parties, the other may recover under the common counts for services rendered, even though in one of the counts of his declaration, he declares upon a special contract.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.